**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| LORI A. CANNON, | ) | CASE NO. 07-23308 JBS |
| | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| Debtor(s) | ) | |

**TRUSTEE'S FINAL REPORT**

To: THE HONORABLE JACK B. SCHMETTERER, BANKRUPTCY JUDGE

NOW COMES RICHARD M. FOGEL, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. RICHARD M. FOGEL was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 12/12/07. The Trustee was appointed on 12/12/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $802,305.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of April 30, 2008 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | 32,139.48 |
| b. | DISBURSEMENTS (See Exhibit C) | 29.33 |
| c. | NET CASH available for distribution | 32,110.15 |
| d. | TRUSTEE/PROFESSIONAL COSTS | |

| | | |
|---|---|---|
| 1. | Trustee compensation requested | 3,963.95 |
| 2. | Trustee Expenses | 10.00 |
| 3. | Compensation requested by attorney or other professionals for trustee | 0.00 |

5. The Bar Date for filing unsecured claims expired on 04/16/08.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid Secured Claims | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 Claims | 3,973.95 |
| c. | Allowed Chapter 11 Administrative Claims | 0.00 |
| d. | Allowed Priority Claims | 0.00 |
| e. | Allowed Unsecured Claims | 56,597.55 |

7. Trustee proposes that unsecured creditors receive a distribution of 49.71% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was 0.00. Professional's compensation and expense requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00.

9. A fee of $767.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

Dated: May 21, 2008

By: */s/Richard M. Fogel*

RICHARD M. FOGEL, TRUSTEE
SHAW GUSSIS
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60610
(312) 276-1334

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-23308 JBS
**Case Name:** LORI A. CANNON

**Period Ending:** 05/02/08

**Trustee:** (330720) RICHARD M. FOGEL, TRUSTEE
**Filed (f) or Converted (c):** 12/12/07 (f)
**§341(a) Meeting Date:** 01/09/08
**Claims Bar Date:** 04/16/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE- EVANS (u) | 295,000.00 | 55,000.00 | OA | 0.00 | FA |
| 2 | REAL ESTATE- ABERDEEN (u) | 269,000.00 | 49,000.00 | OA | 0.00 | FA |
| 3 | REAL ESTATE- RHODES (u)<br>Debtor Claimed Exemption | 225,000.00 | 10,000.00 | DA | 0.00 | FA |
| 4 | CASH (u)<br>Debtor Claimed Exemption | 75.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | CHECKING ACCOUNT- HARRIS (u)<br>Debtor Claimed Exemption | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | CHECKING ACCOUNT- PARKWAY | 35,875.00 | 32,108.53 | | 32,108.53 | FA |
| 7 | SAVINGS ACCOUNT- PARKWAY (u)<br>Debtor Claimed Exemption | 5.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | SAVINGS ACCOUNT- PARKWAY (u)<br>Debtor Claimed Exemption | 250.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | SAVINGS ACCOUNT- PARKWAY (u)<br>Debtor Claimed Exemption | 950.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | SECURITY DEPOSIT (u) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | HOUSEHOLD GOODS (u)<br>Debtor Claimed Exemption | 1,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | BOOKS, PICTURES, COLLECTIONS (u)<br>Debtor Claimed Exemption | 250.00 | 0.00 | DA | 0.00 | 0.00 |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case Number:** 07-23308 JBS
**Case Name:** LORI A. CANNON

**Period Ending:** 05/02/08

**Trustee:** (330720) RICHARD M. FOGEL, TRUSTEE
**Filed (f) or Converted (c):** 12/12/07 (f)
**§341(a) Meeting Date:** 01/09/08
**Claims Bar Date:** 04/16/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | WEARING APPAREL (u)<br>Debtor Claimed Exemption | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 14 | JEWELRY (u)<br>Debtor Claimed Exemption | 75.00 | 0.00 | DA | 0.00 | 0.00 |
| 15 | VEHICLE (u)<br>Debtor Claimed Exemption | 9,500.00 | 4,800.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 30.95 | Unknown |
| **16** | **Assets** **Totals** (Excluding unknown values) | **$838,180.00** | **$150,908.53** | | **$32,139.48** | **$0.00** |

**Major Activities Affecting Case Closing:**

Investigating potential cause of action for fraudulent inducement

**Initial Projected Date Of Final Report (TFR):** December 31, 2008

**Current Projected Date Of Final Report (TFR):** December 31, 2008

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 07-23308 JBS
**Case Name:** LORI A. CANNON

**Taxpayer ID #:** 75-6826146
**Period Ending:** 05/02/08

**Trustee:** RICHARD M. FOGEL, TRUSTEE (330720)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****27-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/08 | | JPMORGAN CHASE BANK | TRANSFER FROM BANK OF AMERICA | 9999-000 | 32,108.21 | | 32,108.21 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.94 | | 32,110.15 |
| | | | **ACCOUNT TOTALS** | | **32,110.15** | **0.00** | **$32,110.15** |
| | | | Less: Bank Transfers | | 32,108.21 | 0.00 | |
| | | | **Subtotal** | | **1.94** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.94** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-23308 JBS
**Case Name:** LORI A. CANNON

**Taxpayer ID #:** 75-6826146
**Period Ending:** 05/02/08

**Trustee:** RICHARD M. FOGEL, TRUSTEE (330720)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****27-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 07-23308 JBS
**Case Name:** LORI A. CANNON

**Taxpayer ID #:** 75-6826146
**Period Ending:** 05/02/08

**Trustee:** RICHARD M. FOGEL, TRUSTEE (330720)
**Bank Name:** BANK OF AMERICA, N.A.
**Account:** ********42 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/02/08 | {6} | PARKWAY BANK & TRUST CO. | NON-EXEMPT FUNDS | 1129-000 | 31,264.30 | | 31,264.30 |
| 01/02/08 | {6} | PARKWAY BANK & TRUST CO. | NON-EXEMPT FUNDS | 1129-000 | 844.23 | | 32,108.53 |
| 01/31/08 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 10.06 | | 32,118.59 |
| 02/04/08 | | Transfer to Acct #4429175868 | Bank Funds Transfer | 9999-000 | | 29.33 | 32,089.26 |
| 02/29/08 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 7.63 | | 32,096.89 |
| 03/31/08 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 7.59 | | 32,104.48 |
| 04/18/08 | Int | BANK OF AMERICA, N.A. | Interest Earned | 1270-000 | 3.73 | | 32,108.21 |
| 04/18/08 | | BANK OF AMERICA | TRANSFER TO JPMC | 9999-000 | | 32,108.21 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **32,137.54** | **32,137.54** | **$0.00** |
| Less: Bank Transfers | 0.00 | 32,137.54 | |
| **Subtotal** | **32,137.54** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$32,137.54** | **$0.00** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-23308 JBS
**Case Name:** LORI A. CANNON

**Taxpayer ID #:** 75-6826146
**Period Ending:** 05/02/08

**Trustee:** RICHARD M. FOGEL, TRUSTEE (330720)
**Bank Name:** BANK OF AMERICA, N.A.
**Account:** ********68 - Checking - Non Interest
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/08 | | Transfer from Acct #4429175842 | Bank Funds Transfer | 9999-000 | 29.33 | | 29.33 |
| 02/05/08 | 2001 | INTERNATIONAL SURETIES, LTD. | BOND #016026455 | 2300-000 | | 29.33 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **29.33** | **29.33** | **$0.00** |
| Less: Bank Transfers | 29.33 | 0.00 | |
| **Subtotal** | **0.00** | **29.33** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$29.33** | |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **MMA # ***-*****27-65** | **1.94** | **0.00** | **32,110.15** |
| **Checking # ***-*****27-66** | **0.00** | **0.00** | **0.00** |
| **MMA # ********42** | **32,137.54** | **0.00** | **0.00** |
| **Checking # ********68** | **0.00** | **29.33** | **0.00** |
| | **$32,139.48** | **$29.33** | **$32,110.15** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| LORI A. CANNON, | ) | CASE NO. 07-23308 JBS |
| | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| Debtor(s) | ) | |

**PROPOSED DISTRIBUTION REPORT**

I, RICHARD M. FOGEL, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 3,973.95 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 28,136.20 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 32,110.15 |

**EXHIBIT D**

| 1. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $3,973.95 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | RICHARD M. FOGEL, TRUSTEE | 3,963.95 | 3,963.95 |
| | RICHARD M. FOGEL, TRUSTEE | 10.00 | 10.00 |

| 3. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(1)(B) Domestic Support Obligation | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds of $4,650.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,650.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(7) – Alimony | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 12. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 13. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 14. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(10) - Death & Personal Injury | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 15. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $56,597.55 | 49.71% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 000001 | CHASE BANK USA | 19,437.46 | 9,662.90 |
| 000002 | CHASE BANK USA,N.A. | 202.08 | 100.46 |
| 000003 | CHASE BANK USA | 24,446.20 | 12,152.88 |
| 000004 | CHASE BANK USA | 12,511.81 | 6,219.96 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 19. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) – Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 20. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | NONE | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: ______________________ ______________________________________

RICHARD M. FOGEL, TRUSTEE

Richard M. Fogel
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610
(312)276-1334

**EXHIBIT D**