**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| LORI A. CANNON, | ) | CASE NO. 07-23308 JBS |
| | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

      At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, IL

      on:    **June 26, 2008**
      at:    **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                                        $    32,139.48

    b. Disbursements                                         $    29.33

    c. Net Cash Available for Distribution           $    32,110.15

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Richard M. Fogel, Trustee | $ 0.00 | $ 3,963.95 | $ 10.00 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6.  Claims of general unsecured creditors totaling $56,597.55, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $49.71%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | CHASE BANK USA | $ 19,437.46 | $ 9,662.90 |
| 000002 | CHASE BANK USA,N.A. | $ 202.08 | $ 100.46 |
| 000003 | CHASE BANK USA | $ 24,446.20 | $ 12,152.88 |
| 000004 | CHASE BANK USA | $ 12,511.81 | $ 6,219.96 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    Real estate-Evans; real estate- Aberdeen; real estate- Rhodes (no equity in any parcel)
    Cash, bank accounts, household goods, books & pictures, wearing apparel, jewelry and motor vehicle (all claimed as exempt assets)

Dated:   **May 29, 2008**                    For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-1           User: amcc7                  Page 1 of 1           Date Rcvd: May 29, 2008
Case: 07-23308                 Form ID: pdf002              Total Served: 17

The following entities were served by first class mail on May 31, 2008.
db            Lori A Cannon,    1517 N Rohde Ave,    Berkeley, IL 60163-1327
aty          +Troy L Gleason,    Gleason And Gleason LLC,    77 W Washington Ste 1218,    Chicago, IL 60602-3246
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfton,    321 N Clark Street  Suite 800,
               Chicago, IL 60610-4766
11807211      Aurora Loan Services,    PO Box 1706,    Scottsbluff, NE 69363-1706
11969857     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11807209      Cannon Lori A,    1517 N Rohde Ave,    Berkeley, IL 60163-1327
11807213      Chase,    PO Box 15919,    Wilmington, DE 19850-5919
11807212      Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11976419     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
11807214      Citibank,    7920 NW 110th St,    Kansas City, MO 64153-1270
11807215      Everhome Mortgage Co,    PO Box 2109,    Jacksonville, FL 32232-0001
11807216      Filiberto Archila,    C/O Power, Rogers, & Smith PC,    70 W Madison St,    Chicago, IL 60602-4252
11807210     +Gleason & Gleason,    77 W Washington Ste 1218,    Chicago, IL 60602-3246
11807217     +Green Point Savings,    4160 Main St,    Flushing, NY 11355-3800
11906338    ++HARRIS NA,    3800 GOLF RD SUITE 300,    ROLLING MEADOWS IL 60008-4005
             (address filed with court: Harris NA,    Attention Bankruptcy Department,
               3800 West Golf Road Suite 300,    Rolling Meadows IL 60008)
11807218      Harris N A,    PO Box 94034,    Palatine, IL 60094-4034
11807219      Kohls,    N56W17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 31, 2008**                    **Signature:** _Joseph Speetjens_